(93 South. 39)

## DYKE v. STATE. (7 Div. 805.)

.(Court of Appeals of Alabama. June 13, 1922.)

**Indictment and information ⊂⇒203—General verdict of guilty will be referred to good count of indictment.**

Where there are two counts in an indict-' ment, and one of them is bad, and no proper action has been taken by defendant to challenge the sufficiency of the counts, a general verdict of guilty will be referred to the good count.

Appeal from Circuit Court, Shelby County; A. B. Foster, Judge.

Lewis Dyke was convicted. of violating the prohibition law, and he appeals. Affirmed.

Longshore & Koenig and Riddle & Ellis, all of Columbiana, for appellant.

Counsel discuss the matters alleged for error, but without citation of authority.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

SAMFORD, J. It has several times been held by this court that count 2 as drawn in this indictment is sufficient to sustain a conviction, and not demurrable. Moreover, in this case, even if one of the counts were void, the verdict would be referred to the good count; no proper action having been taken by the defendant to challenge its sufficiency.

Giving to the trial judge that consideration to which his judgments on motions for new trial are entitled,· we cannot say that he erred in refusing the motion for new trial. The judgment is affirmed.

Affirmed.